07-CV-05305-ORD

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN M. ORMSBY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ASTON BARRETT, et al., <br><br> Defendants. | Case No.: 07-cv-05305-RBL <br><br> DEFAULT BY CLERK |

It appearing from the records in this action that a Summons has been served upon Defendant Al Anderson, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Al Anderson has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

NOW, THEREFORE, on request of Plaintiffs' counsel, the DEFAULT of Defendant Al Anderson is hereby entered.

DATED this 30th day of July 2007.

By: _____
Deputy Clerk

ORDER OF DEFAULT AGAINST
DEFENDANT AL ANDERSON - 1

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1  Presented By:

2  **CARPELAW PLLC**

3

4
     /s/ Michael J. Boyle
5  Michael James Boyle
   WSBA #37846
6  CarpeLaw PLLC
   2400 NW 80th Street #130
7  Seattle, WA 98117-4449
   Telephone: (206) 624-2379
8  Facsimile: (206) 784-6305
9  E-mail: mike@carpelaw.com

10  Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DEFAULT AGAINST
DEFENDANT AL ANDERSON - 2