| | |
|---|---|
| 1 | The Honorable Ronald B. Leighton |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN M. "BUCK" ORMSBY, an individual; and KENT E. MORRILL, an individual; collectively forming the musical performance group "THE WAILERS," <br><br> Plaintiffs, <br><br> vs. <br><br> ASTON "FAMILY MAN" BARRETT, individually and doing business as "THE WAILERS"; AL ANDERSON, individually and doing business as "THE WAILERS"; JUNIOR MARVIN, individually and doing business as "THE WAILERS"; KEVIN "YVAD" DAVY, individually and doing business as "THE WAILERS"; KEITH STERLING, individually and doing business as "THE WAILERS"; NAMBO ROBINSON, individually and doing business as "THE WAILERS"; JUNIOR "CHICO" CHIN, individually and doing business as "THE WAILERS"; ABONGY BALENGOLA, individually and doing business as "THE WAILERS"; ERNEST "DRUMMIE" WILLIAMS, individually and doing business as "THE WAILERS"; MARIE DOMINUQUE LUCE, individually and doing business as "THE WAILERS"; PASCALE KEMENI KAMGA, individually and doing business as "THE WAILERS"; collectively forming the musical performance group "THE WAILERS"; and John Does 1-10, <br><br> Defendants. | No. CV7 5305 RBL <br><br> ORDER SETTING ASIDE ORDERS OF DEFAULT AGAINST DEFENDANTS ANDERSON, STERLING, ROBINSON, CHIN AND WILLIAMS |

[PROPOSED] ORDER SETTING ASIDE ORDERS
OF DEFAULT -- 1

**Graham & Dunn** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. CV7 5305 RBL

m37302-915625.doc

Defendants Al Anderson, Keith Sterling, Nambo Robinson, Junior "Chico" Chin, and Ernest Williams ("Defendants"), by and through their counsel who appeared with a Limited Notice of Appearance, moved to vacate the default judgment (Ct. Dkt. 26-30) the Clerk of Court entered against them.

Plaintiffs John M. Ormsby, Kent E. Morrill, and "The Wailers" appeared through their counsel of record.

Having considered Defendants' motion, Plaintiffs' response, and Defendants' Reply, the materials in the case file, and otherwise deeming itself fully informed, the Court ORDERS as follows:

1. The orders of default taken against Defendants Al Anderson, Keith Sterling, Nambo Robinson, Junior Chin, and Ernest Williams are hereby vacated.

2. Defendants will be allowed 30 days from the date of this order to file an answer to Plaintiffs' Complaint.

DATED this 20th day of August, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

GRAHAM & DUNN PC

/s/ Kathleen T. Petrich
_____
Kathleen T. Petrich
WSBA# 22143
Email: kpetrich@grahamdunn.com

[PROPOSED] ORDER SETTING ASIDE ORDERS OF DEFAULT -- 2

**Graham & Dunn** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. CV7 5305 RBL

m37302-915625.doc

1  Michael G. Atkins
   WSBA# 26026
2  Email: matkins@grahamdunn.com
   Attorneys for Defendants by Special Appearance
3

   Approved in form;
4  Notice of Presentation Waived:

5  CARPELAW PLLC

6

7  _____
   Michael James Boyle
8  WSBA# 37846
   Robert S. Apgood
9  WSBA# 31023

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 [PROPOSED] ORDER SETTING ASIDE ORDERS
   OF DEFAULT -- 3

**Graham & Dunn** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300 / Fax: (206) 340-9599

No. CV7 5305 RBL

m37302-915625.doc