AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JOHN "BUCK" ORMSBY
KENT E. MORRILL collectively
forming the musical performance group
"THE WAILERS,"

    v.

ASTON "FAMILY MAN" BARRETT
individually and d/b/a THE WAILERS, etal.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C07-5305RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is GRANTED and

Plaintiff's claims are DISMISSED.

*DATED :*   *January 3, 2008*

                                           BRUCE  RIFKIN
                                           *Clerk*

                                             /s/   Jean Boring
                                         *(By) Deputy Clerk*, Jean Boring