AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOHN "BUCK" ORMSBY<br>KENT E. MORRILL collectively<br>forming the musical performance group<br>"THE WAILERS," | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER:   C07-5305RBL |

v.

ASTON "FAMILY MAN" BARRETT
individually and d/b/a THE WAILERS, etal.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is GRANTED and

Plaintiff's claims are DISMISSED.

DATED :     January 3, 2008

                                                                             BRUCE  RIFKIN
*Clerk*

                                                                             /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring